UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Paul Peter Swehla,                                    Civil No. 13-1919 (SRN/JJK)

           Petitioner,

v.                                                            ORDER ADOPTING REPORT
                                                                AND RECOMMENDATION

Denese Wilson, Warden,

           Respondent.

_____

        This matter is before the Court on the Report and Recommendation of United States

Magistrate Judge Jeffrey J. Keyes.  No objections to the Report and Recommendation

were filed within the requisite time period.  Based upon the foregoing and all of the files,

records, and proceedings herein, **IT IS HEREBY ORDERED** that:

        1. The Petition (Doc. No. 1), is DENIED;

        2. Respondent's Motion to Dismiss (Doc. No. 5), is GRANTED IN PART; and

        3. This action is DISMISSED.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  October 15, 2013

                                                      s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge